

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00300-CV

**IN THE INTEREST OF B.J.M. AND H.J.M., CHILDREN,**

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29724
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

The clerk's record was due May 30, 2014, but was not filed. On May 30, 2014, the clerk filed a notification of late record stating the record is complete, but the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee. The clerk notes in the notice of late record that appellant's counsel has been notified of the pending bill for the clerk's record.

Accordingly, we **order** appellant to provide written proof to this court on or before **June 13, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1; 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court